

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2018

No. 04-18-00450-CV

Velma **SAN MIGUEL**,
Appellant

v.

**PLAINSCAPITAL BANK,**
**TRUSTEE OF THE GUERRA MINERAL TRUST.,**
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-16-19
The Honorable Everardo Garcia, Judge Presiding

# O R D E R

The Appellant, Velma San Miguel's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to September 13, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court